UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN EARL HALL,<br><br>    Defendant. | Case No. 22-cr-40053-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on a motion for Notice of Alibi Defense pursuant to Federal Rule of Criminal Procedure 12.1(a) (Doc. 40). The United States filed their motion on March 8, 2024.

The United States asserts that Count 1 and Count 2 of the Indictment occurred, in part, on August 25, 2022, from approximately 10:00 a.m. to 11:00 a.m., at Regions Bank, located at 1301 Walnut Street, Murphysboro, Illinois 62966.

The United States has requested that this Court require the Defendant to provide notice of alibi defense for the dates, times, and places set forth above. Pursuant to Fed. R. Crim. Pro. 12.1(a)(2), the Defendant shall have fourteen (14) days from the filing of the Government's request, up to and including March 22, 2024, to serve written notice of any intended alibi defense on Government's counsel. Such a notice must comply with the requirements of Fed. R. Crim. Pro. 12.1(a)(2)(A), (B).

Given the jury trial in this case is currently scheduled for April 1, 2024; the Court reminds the parties that Fed. R. Crim. Pro. 12.1(b)(2) requires the Government provide a Rule 12.1(b)(1) disclosure no later than fourteen days before trial—March 18, 2024.

**IT IS SO ORDERED.**
**DATED:  March 12, 2024**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**